JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE ZUNIGA, | Case No. 5:23-cv-01276-SSS-SHKx |
| Plaintiff, | District Judge: Sunshine Suzanne Sykes |
| v. | **JUDGMENT PURSUANT TO FRCP 68(a)** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff ROXANNE ZUNIGA ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 19, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $211,214.88 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: August 5, 2024

_____
Irene Vazquez, Deputy Clerk

1
**JUDGMENT**